IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES EDWARD GRANT,

                Plaintiff,

v.                                                                  Case No.  20-cv-712-jdp

STATE OF WISCONSIN, MILWAUKEE COUNTY,
MILWAUKEE COUNTY POLICE DEPARTMENT and
MILWAUKEE COUNTY DISTRICT ATTORNEY'S
OFFICE,

                Defendants.

---

JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

    /s/                                                                 8/04/20

Peter Oppeneer                                                  Date
Clerk of Court